1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  JORGE FIGUEROA-BANUELOS

8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        ) No. 2:06-cr-0347 WBS
                                    )
14              Plaintiff,          )
                                    ) STIPULATION AND [PROPOSED] ORDER
15      v.                          ) CONTINUING CASE
                                    )
16 JORGE FIGUEROA-BANUELOS,         )
                                    ) Date: May 14, 2012
17              Defendant.          ) Time: 9:00 a.m.
                                    ) Judge: Hon. William B. Shubb
18 _____  )

19
        **IT IS HEREBY STIPULATED** by and between Assistant United States
20
   Attorney Michele M. Beckwith, Counsel for Plaintiff, and Assistant
21
   Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the
22
   status conference / Admit or Deny Hearing scheduled for May 14. 2012,
23
   be vacated and the case continued until June 4, 2012 at 9:30 a.m., for
24
   status.
25
        This continuance is sought in light of notice from the government
26
   that an indictment on new charges may be forthcoming and so that
27
   decisions affecting Mr. Figueroa's response to all charges can be made
28

in light of the government's decision.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act is not implicated in this matter which involves a petition alleging a violation of supervised release.

**IT IS SO STIPULATED.**

Dated: May 9, 2012        /S/ Michele Beckwith
                          Michele M. Beckwith
                          Assistant U.S. Attorney
                          Counsel for Plaintiff

Dated: May 9, 2012        /S/ Jeffrey L. Staniels
                          JEFFREY L. STANIELS
                          Assistant Federal Defender
                          Attorney for Defendant
                          JORGE FIGUEROA-BANUELOS

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: May 10, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE