UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

    Plaintiff,               CR. NO. 2:06-347 WBS

    v.

JORGE FIGUEROA-BANUELOS,

    Defendant.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,               CR. NO. 2:12-190 GEB

    v.

JORGE FIGUEROA-BANUELOS,

    Defendant.
_____/

----oo0oo----

        Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) because both cases involve the same defendant and similar issues.  Accordingly, the assignment of the matters to

the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated United States v. Figueroa-Banuelos, Cr. No. 2:06-347 WBS and and United States v. Figueroa-Banuelos, Cr. No. 2:12-190 GEB, and the same hereby are, deemed related and the case denominated United States v. Figueroa-Banuelos, Cr. No. 2:12-190 GEB, shall be reassigned to the Honorable WILLIAM B. SHUBB for all further proceedings. Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as United States v. Figueroa-Banuelos, Cr. No. 2:12-190 WBS.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED: May 29, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2